UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONG VANG,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-690-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 17, 2026, Respondents filed a notice of intent to remove Petitioner from the United States "on or after March 20, 2026." (Dkt. # 11.) At approximately 6:30 p.m. on March 18, 2026, Petitioner filed a Motion for Temporary Restraining Order pursuant to Fed. R. Civ. P. 65, seeking to prohibit Respondents from removing him until after his emergency stay motion in immigration court is adjudicated, which is expected on or shortly after March 23, 2026. (Dkt. # 12.) Pursuant to the Court's Local Rules, "[u]nless the court orders otherwise," an adverse party must file a notice indicating whether they plan to oppose the motion within 24 hours of

MINUTE ORDER - 1

service and file the response, if any, within 48 hours. Local Rules W.D. Wash. LCR 65(b)(5).

Accordingly, the Court ORDERS:

(1)    Respondents shall file a notice indicating whether they plan to oppose Petitioner's Motion by 2:00 p.m. on *March 19, 2026*.

(2)    Respondents shall file their response to the Motion, if any, by 5:00 p.m. on *March 19, 2026*.

Dated this 19th day of March, 2026.

Joshua C. Lewis<br>
Clerk of Court<br><br>
By: Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2